UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:09CR59-V

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **ALEXANDER KLOSEK** | ) | |
| | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Information as to Defendant **ALEXANDER KLOSEK** in the above-captioned case without prejudice.

Accordingly, the Deputy Clerk is directed to forward copies of this Order to the U.S. Probation Office, U.S. Marshals Service and the United States Attorney's Office.

Signed: March 24, 2011

Richard L. Voorhees
United States District Judge